## 49178. BONNER v. THE STATE.

BELL, Chief Judge.

The defendant was convicted of and sentenced for the crime of assault with intent to commit rape. He enumerates as error the sufficiency of the evidence. The evidence authorizes the jury's verdict of guilty and the sentence.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

SUBMITTED APRIL 1, 1974 — DECIDED APRIL 15, 1974.

*Robert L. O'Neil,* for appellant.
*Lewis R. Slaton, District Attorney, Carter Goode, Wayne Spiva, Morris H. Rosenberg,* for appellee.